THE CITY OF ST. LOUIS, *Plaintiff in Error*, v. REGINA FLOUR MILL COMPANY.

### In Banc, November 16, 1897.

The case of *The City of St. Louis v. Edward Heitzeberg Packing and Provision Company*, 141 Mo. 375, followed and approved.

*Error to St. Louis Court of Criminal Correction.*—HON. DAVID MURPHY, Judge.

AFFIRMED.

*William C. Marshall* and *Eugene McQuillin* for plaintiff in error.

*Louis A. Steber* and *Alderson & McEntire* for defendant in error.

GANTT, J.—This case presents in all respects the same question as to the validity of the smoke ordinance of St. Louis number 17,049 discussed and decided in *City of St. Louis v. Edward Heitzeberg Packing and Provision Company*, and for the reasons stated in the opinion therein, the judgment of the St. Louis Court of Criminal Correction is affirmed.

BARCLAY, C. J., concurs in the result; SHERWOOD, MACFARLANE, BURGESS, ROBINSON and BRACE, JJ., concur.